IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOE LACEY and
LACEY'S NARROWS
MARINA, INCORPORATED                                              PLAINTIFFS

VS.                    CASE NO. 1:04CV00087 JMM

PREMIER MARINE, INC.                                              DEFENDANT

### ORDER

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice and with each party bearing his or its own costs and expenses.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions and counterclaims are denied as being moot, and the case is to be closed.

IT IS SO ORDERED this  18  day of December, 2006.

James M. Moody
United States District Judge